PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Francis Lopez                                      Cr.: 20-00484-001
                                                                      PACTS #: 59231

Name of Assigned Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                      UNITED STATES DISTRICT JUDGE

Name of Sentencing Judicial Officer   THE HONORABLE WARREN W. EGINTON
                                      SENIOR UNITED STATES DISTRICT JUDGE (SD/NY)

Date of Original Sentence: 02/03/2012

Original Offense:    CONSPIRACY TO COMMIT WIRE FRAUD, 18 U.S.C. § 1349

Original Sentence: 79 months imprisonment, 36 months' supervised release

Special Conditions: Substance Abuse Testing, Financial Disclosure, $100 Special Assessment and $499,220.20 in Restitution

Type of Supervision: Supervised Release          Date Supervision Commenced: November 28, 2017

### STATUS REPORT

Mr. Lopez currently resides in Clifton, New Jersey, and he is currently employed with New Classic Cooking, located in Avenel, New Jersey. To date, he has paid $12,000 towards the restitution balance. It should be noted that the offender is currently enrolled in the Treasury Offset Program and that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for the collection of any outstanding criminal monetary penalties.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Lopez's term of supervision to expire as scheduled on November 27, 2020.

                                      Respectfully submitted,

                                      SUSAN M. SMALLEY, Chief
                                      U.S. Probation Officer

                                      *Michelle A. Siedzik*

                                      By:   MICHELLE A SIEDZIK
                                            U.S. Probation Officer

Prob 12A – page 2
Francis Lopez

/ mas

APPROVED:

*Suzanne Golda-Martinez*            *09/15/2020*
SUZANNE GOLDA-MARTINEZ            Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒  No Formal Court Action to be Taken at This Time – Supervision to Expire on November 27, 2020.

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

Signature of Judicial Officer

10/30/2020
Date